UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 06-14324-CIV-MARTINEZ-LYNCH

MELANIE BECKFORD, et al.,

    Plaintiffs,

vs.

DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Resubmitted Motion for Attorney's Fees, Expert Fees, and Litigation Expenses (**D.E. No. 418**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 427**). No objections have been filed. Being fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation (**D.E. No. 427**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Plaintiff's Resubmitted Motion for Attorney's Fees, Expert Fees, and Litigation Expenses (D.E. No. 418) is GRANTED IN PART. The Court awards Plaintiffs $372,812.50 in attorney's fees and $29,859.89 in expenses, for a total of $402,672.39.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of September, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record