UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:06-14324-CIV-MARTINEZ-LYNCH**

MELANIE BECKFORD; SUSAN BLACK;
TITA DE LA CRUZ; CHARLENE
FONTNEAU; LINDA JONES; PAULA
LACROIX, JOYCE MEYER; SUSHMA
PAREKH; DONNA PIXLEY; VESNA
POIRIER; MICHELLE POLLOCK; LOURDES
SILVAGNOLI; JANET SMITH; and LEE
WASCHER
,

      Plaintiffs,

vs.

DEPARTMENT OF CORRECTIONS, STATE
OF FLORIDA,

      Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Plaintiff's Request to Court to Determine Amount of Fees on Remand from Court of Appeals **(D.E. No. 452)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 456)** on March 9, 2012, recommending that in light of the Defenant's Notice of Settlement of Appellate Attorneys' Fees (D.E. No. 454), this Court deny Plaintiff's Motion as moot. The Court has reviewed the entire file and record. No objections to the Magistrate Judge's Report and Recommendation have been filed, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge 's Report and Recommendation **(D.E.**

No. 456) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Plaintiff's Request to Court to Determine Amount of Fees on Remand from Court of Appeals **(D.E. No. 452)** is **DENIED as moot**, given Defendant's Notice of Settlement of Appellate Attorneys' Fees (D.E. No. 54), notifying the Court that "the parties have reached an agreement as to the amount of appellate attorneys' fees to be paid to counsel for Appellees."

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of March, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record